NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ROBERT DONNELL DONALDSON,**
*Petitioner,*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent.*

———————————

2012-3160

———————————

Petition for review of the Merit Systems Protection Board in No. DA3330110862-I-2.

--------------------------------------------------------------------

**ROBERT DONNELL DONALDSON,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent,*

AND

**DEPARTMENT OF HOMELAND SECURITY,**
*Intervenor.*

———————————

2012-3161

ROBERT DONALDSON v. DHS                                        2

---

Petition for review of the Merit Systems Protection Board in No. DC1221120087-W-1.

---

## ON MOTION

---

PER CURIAM.

## O R D E R

Robert Donnell Donaldson moves for leave to file an amended reply brief in the above captioned, companion petitions for review. The Department of Homeland Security and the Merit Systems Protection Board oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are denied.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s26